IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| WILLIAM KEITH TRAMEL, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:13CV00502 SWW |
| | * |
| SUPERIOR GRAPHITE, CO., | * |
| | * |
| Defendant. | * |

**Judgment**

Pursuant to the Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 5th day of January, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE